Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**John F. Brady**
**110 West "C" St., Suite 1002**
**San Diego, CA 92101**
**(619) 544-9111 Fax: (619) 525-1762**
California State Bar Number: **63900**
**info@calbg.com**

☒ *Attorney for Debtor(s)*
☐ *Debtor(s) appearing without an attorney*

FOR COURT USE ONLY

**FILED & ENTERED**

**SEP 15 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY moser    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**Sarah Chapman Campbell**

Debtor(s).

CASE NO.: **6:10-bk-48802**

CHAPTER: **13**

**ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**
**[11 U.S.C. § 506(d)]**

DATE: **1/10/2011**
TIME: **1:30 PM**
COURTROOM: **301**
PLACE: **3420 12th Street, Riverside, CA 92501**

**NAME OF CREDITOR HOLDING JUNIOR LIEN:**  **California Housing Finance Agency and/or CalHFA Housing Assistance Program**

1. The Motion was:  ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

    *Street Address:*           **7651 Coatbridge Drive**
    *Unit Number:*
    *City, State, Zip Code:*    **Riverside, CA 92508**

    Legal description or document recording number (including county of recording):

    ☐ See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

    a. **Bank of America Corporation**    in the amount of   $ **351,329.00** .

    b. **\*\*California Housing Finance Agency**    in the amount of   $ **8,613.69**    ☒ is    ☐ is not    to be avoided;

    c. **\*\*\* California Housing Finance Agency**    in the amount of   $ **11,878.75**    ☒ is    ☐ is not    to be avoided;

**\*\* Instrument No. 2008-0324125 dated 6/13/2008. \*\*\* Instrument No. 2008-0324126 dated 6/13/2008. Both Filed in the County of Riverside, State of California.**

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                      Page 1                                                      **F 4003-2.4.ORDER**

☐ See attached page for any additional encumbrance(s).

4. The motion is:

   a. ☐ DENIED     ☐ with     ☐ without     prejudice, on the following grounds:

      1. ☐ Based upon the findings and conclusions made on the record at the hearing
      2. ☐ Unexcused non-appearance by Movant
      3. ☐ Lack of proper service
      4. ☐ Lack of evidence supporting motion
      5. ☐ Other (specify):

   b. ☒ GRANTED on the following terms:

      i. The Subject Property is valued at no more than $ **310,000.00** based on adequate evidence.

      ii. This avoidance of the respondent's junior lien is effective    ☐ completion of the chapter 13 plan, upon:
      or  ☒  receipt of a chapter 13 discharge in this case.

      iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

      iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

      v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

      vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon:  ☐ completion of the chapter 13 plan, or  ☒  receipt of a chapter 13 discharge.

      vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the  ☐  Debtor's
      completion of the chapter 13 plan, or  ☒  receipt of a chapter 13 discharge.

      viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's  ☐ completion of the chapter 13 plan, or  ☒  receipt of a chapter 13 discharge, the junior lienholder's lien
      shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

      ix. ☒  See attached continuation page for additional provisions.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                               Page 2                                        **F 4003-2.4.ORDER**

ADDITIONAL PROVISIONS:

1. Upon entry of discharge in Debtor(s) chapter 13 case, the lien shall be void and unenforceable for all purposes; and the Respondent, its successors and assigns, are ordered to reconvey the subject deed of trust and otherwise take such steps as are required to clear title, free of said lien, on the Subject Property;
2. In the alternative to paragraph ix(1) above, upon entry of discharge in Debtor(s) chapter 13 case, upon application by Debtor(s), that the Court order in an appropriate form of judgment, the lien of Respondent, its successors and assigns, encumbering the Subject Real Property shall be entirely, permanently, and for all purposes void and unenforceable.

**###**

DATED: September 15, 2011

_____
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                             Page 3                             **F 4003-2.4.ORDER**

LEGAL DESCRIPTION

LOT 24 OF TRACT NO. 27982-2, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 270, PAGE 39 THROUGH 41 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

# EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**110 West "C" Street, Suite 1002**
**San Diego, CA 92101**

A true and correct copy of the foregoing document described as **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. **September 13, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

> ustpregion16.rs.ecf@usdoj.gov
>
> notice-efile@rodan13.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **September 13, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **September 13, 2011** | **Heather Bailey** | **/s/ Heather Bailey** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                         Page 4                                         **F 4003-2.4.ORDER**

## Mailing List

<u>Certified Mail:</u>

Brian T. Moynihan, CEO
Bank of America, N.A.
101 S Tyron Street
Charlotte, NC 28255

Bank of America, N.A.
C/O CT Corporation System
818 W 7th Street
Los Angeles, CA 90017

Samuel Sarpong
Broadway Finance Corporation
Dba Broadway Federal Bank
4800 Wilshire Boulevard
Los Angeles, CA 90010

California Housing Finance Agency
PO Box 4034
Sacramento, CA 95812-4034

Paul C. Hudson, Chairman/CEO
California Housing Finance Corporation
dba Broadway Federal Bank
4800 Wilshire Blvd, Los Angeles, CA 90010

BAC Home Loan Servicing
450 American Street
Simi Valley, CA 93065

California Housing Finance Agency
Sacramento Headquarters
500 Capital Mall, Ste 1400
Sacramento, CA 95814

<u>US Mail:</u>

Sarah Chapman Campbell
7651 Coatbridge Drive
Riverside, CA 92508

Honorable Meredith A. Jury
United States Bankruptcy Court
3420 Twelfth Street
Riverside, CA 92501

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                    Page 5                                    **F 4003-2.4.ORDER**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)*  **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   **September 13, 2011**  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

ustpregion16.rs.ecf@usdoj.gov

notice-efile@rodan13.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                             Page 6                                             **F 4003-2.4.ORDER**

**II. SERVED BY THE COURT VIA U.S. MAIL:**

Brian T. Moynihan, CEO
Bank of America, N.A.
101 S Tyron Street
Charlotte, NC 28255

Bank of America, N.A.
C/O CT Corporation System
818 W 7th Street
Los Angeles, CA 90017

Samuel Sarpong
Broadway Finance Corporation
Dba Broadway Federal Bank
4800 Wilshire Boulevard
Los Angeles, CA 90010

California Housing Finance Agency
PO Box 4034
Sacramento, CA 95812-4034

Sarah Chapman Campbell
7651 Coatbridge Drive
Riverside, CA 92508

Paul C. Hudson, Chairman/CEO
California Housing Finance Corporation
dba Broadway Federal Bank
4800 Wilshire Blvd, Los Angeles, CA 90010

BAC Home Loan Servicing
450 American Street
Simi Valley, CA 93065

California Housing Finance Agency
Sacramento Headquarters
500 Capital Mall, Ste 1400
Sacramento, CA 95814

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                         Page 7                                         **F 4003-2.4.ORDER**